UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,    No. 09-mc-50670-DT

vs.            Hon. Gerald E. Rosen

JOSE CASTRO-RAMIREZ,

       Defendant.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION AND DENYING DEFENDANT'S
<u>MOTION FOR RECONSIDERATION</u>

  At a session of said Court, held in
  the U.S. Courthouse, Detroit, Michigan
  on   September 3, 2009

  PRESENT: Honorable Gerald E. Rosen
         Chief Judge, United States District Court

  This matter having come before the Court on the July 17, 2009 Report and Recommendation of United States Magistrate Judge Mona K. Majzoub recommending that the Court deny Defendant's "Motion for Reconsideration of the Order Granting Leave to Dismiss Complaint Without Prejudice"; and no timely objections to the Report and Recommendation having been filed; and the Court having reviewed and considered the Magistrate Judge's Report and Recommendation and the Court's file of this action and having concluded that, for the reasons stated by the Magistrate Judge, Defendant's Motion for Reconsideration should be denied, and the Court being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of July 17, 2009 **[Dkt. # 5]** is adopted by the Court.

IT IS FURTHER ORDERED that, for the reasons stated in the Report and Recommendation, Defendant's Motion for Reconsideration of the Order Granting Leave to Dismiss Complaint Without Prejudice **[Dkt. # 1]** is DENIED.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: September 3, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 3, 2009, by electronic and/or ordinary mail.

s/Ruth Brissaud
Case Manager